830 F.2d 1129
 Perkins (George A.), McLain (Eddie W.), Blackston (Joe
R.), Pair (Baxter Donald), Garrett (Vance), Crim (Wayne)
v.
Armstrong Group, Inc., Asset Corp., Prime Asset Corp.,
Armstrong (Kenneth S., Sherry B.), Clark (Donald P.), Ernst
(Jackie E.), Armstrong (Delton V.), Armstrong & Jones, P.C.,
Sunbelt Properties, Ltd., Ultimate Partnership, Ltd.,
Benito Parthnership, Ltd., Elite Part., Ltd., Lombard Part.,
Ltd., Taugus Part., Ltd., Sunshine Part., Ltd., Historic
Investment Part
 NO. 86-7679
 United States Court of Appeals,
Eleventh Circuit.
 SEP 21, 1987
 Appeal From: N.D.Ala., 827 F.2d 774
 
 1
 vladimiru
 
 
 2
 DENIALS OF REHEARING EN BANC.